UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
17-CR-20739-HUCK/MCALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSUE DAVID VIDAL-VILLALOBOS,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Magistrate Judge Chris McAliley's Report and Recommendation on Change of Plea [D.E. 13], which was entered on January 4, 2018. In the Report and Recommendation, Magistrate Judge McAliley recommends that the Defendant, Josue David Vidal-Villalobos, be found to have freely and voluntarily entered a plea of guilty to the crime charged in the Indictment, namely illegal reentry after removal, in violation of Title 8, United States Code, Section 1326(a) and 1326(b)(1). Magistrate McAliley recommends that the Defendant's guilty plea be accepted, that the Defendant be adjudicated guilty of the offense to which the plea of guilty has been entered, and that a sentencing hearing be conducted for final disposition of this matter. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, but none were filed. Accordingly, having reviewed the record *de novo*, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge McAliley's Report and Recommendation on Change of Plea [D.E. 13] is adopted and approved in its entirety. The Defendant's guilty plea is accepted, and he is adjudged guilty of illegal reentry after removal in violation of Title 8, United States Code, Section 1326(a) and 1326(b)(1). A sentencing hearing will be held before the Honorable Paul C. Huck, at the Wilkie D. Ferguson, Jr. United States

Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida, on **Wednesday, March 14, 2018, at 9:30 A.M.**

**DONE AND ORDERED** in Chambers in Miami, Florida, on January 9, 2018.

Paul C. Huck
United States District Judge

**Copies provided to:**
Counsel of Record
U.S. Pretrial Service